IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02620-RPM-MJW

RHB LABORATORIES,

      Plaintiff,

v.

NATIONAL TECHNICAL SYSTEMS, INC.,

      Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

Upon review of the file in this case, it is

ORDERED that the Order of Reference to Magistrate Judge Michael J. Watanabe is

vacated.

Dated: January 28th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge