**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                  January 31, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-02620-RPM

RHB LABORATORIES,                                        James E. Preston

     Plaintiff,

v.

NATIONAL TECHNICAL SYSTEMS, INC.,                        Gregory P. Barbee

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:01 p.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case facts and claims. Statement by the Court regarding proper venue under 28 U.S.C. § 1391 and jurisdiction.

2:06 p.m.         Argument by Mr. Preston.

Mr. Preston states he agrees that all the case claims are based on diversity jurisdiction.

2:16 p.m.         Argument by Mr. Barbee.

Court's oral findings as stated on record.

**ORDERED:   Case claims are dismissed without prejudice based on 28 U.S.C. § 1391. Defendant's Motion to Dismiss, filed November 18, 2010 [3], is granted.**

**2:22 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 21 min.