IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-02620-RPM-MJW

RHB LABORATORIES,

     Plaintiff,

v.

NATIONAL TECHNICAL SYSTEMS, INC.,

     Defendant.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

     Pursuant to the hearing held today on the defendant's motion to dismiss filed under Fed.R.Civ.P. 12(b)(3) and 12(b)(6) and upon the Court's conclusion that this civil action is based entirely on diversity jurisdiction under 28 U.S.C. § 1332 and that under the general venue statute, 28 U.S.C. § 1391, venue is not proper in this district because the defendant is not a resident of Colorado and the substantial part of the events or omissions giving rise to the claims in this case did not occur in Colorado.  Accordingly, it is

     ORDERED that pursuant to Rule 12(b)(3) this civil action is dismissed without prejudice.

     Dated: January 31st, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge